# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MR. CARLOS MUHAMMAD,**<br>　　　　Petitioner,<br><br>　　　　v.<br><br>**GOV. RENDALL; GOV. CORBITT; MAYOR MICHAEL NUTTER; D.A.R. SETH WILLIAMS; COMMISSIONER CHARLES H. RAMSEY; FREDDIE HARRIS; JOSE AVARADO; JAMES BORDONI; and PENNSYLVANIA, BOARD OF PROBATION AND PAROLE.,**<br>　　　　Respondents. | **CIVIL ACTION**<br><br><br><br>**NO. 13-6566** |

## O R D E R

**AND NOW**, this 25th day of June, 2015, upon consideration of pro se petitioner's Appeal Motion for Recusal By Affidavit (Document No. 42, filed June 16, 2015), for the reasons set forth in the accompanying Memorandum dated June 25, 2015, **IT IS ORDERED** that pro se petitioner's Appeal Motion for Recusal By Affidavit is **DENIED**.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**

　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**